159 A.3d 941

COMMONWEALTH of Pennsylvania, Petitioner

v.

Ollie THOMPSON, Respondent

No. 292 EAL 2016

Supreme Court of Pennsylvania.

October 24, 2016

## ORDER

PER CURIAM

**AND NOW,** this 24th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**